**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, LAURA MORENO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>LAURA MORENO, et al.,<br><br>      Defendants. | No. 15-cr-0078-LJO-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |

    **IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for August 22, 2016, at 8:30 a.m. be continued to **October 24, 2016, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill.

    The need for a continuance is based upon Defendant, LAURA MORENO's, surgery scheduled on August 24, 2016, and recuperation thereafter. It is estimated that the recovery period is two months.

    This request by defense counsel has been related to the Government by Assistant U.S. Attorney Kimberly Sanchez, who has no objection.

    The parties stipulate and agree that time can be excluded from August 22, 2016, to, and including, October 24, 2016, based

upon the Defendant's need for surgery and recovery, and that the ends of justice outweigh the public's and defendant's interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated:  August 16, 2016.         Respectfully submitted,

                                 NUTTALL & COLEMAN


                                 By  ROGER T. NUTTALL
                                     ROGER T. NUTTALL
                                     Attorneys for Defendant,
                                     LAURA MORENO

Dated:  August 17, 2016.         PHILLIP A. TALBERT
                                 Acting United States Attorney


                                 By    KIMBERLY SANCHEZ
                                       KIMBERLY SANCHEZ
                                       Assistant U.S. Attorney

2

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on August 22, 2016, at 8:30 a.m., is continued to **October 24, 2016, at 8:30 a.m.**

///

///

**IT IS SO ORDERED.**

DATED: August 17, 2016.


        ___/s/ Lawrence J. O'Neill_____
        LAWRENCE J. O'NEILL
        UNITED STATES DISTRICT JUDGE